IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN FLOYD BOURN,

    Plaintiff,                           No. CIV S-10-3067 GEB EFB P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Defendants.                     ORDER

_____/

    On July 15, 2011, the court dismissed this action and judgment was duly entered. Dckt. Nos. 12, 13. Thereafter, plaintiff filed several documents with the court, including a "NOTICE OF INTENTION TO MANDAMUS BEFORE THE one SUPREME COURT," an "EMERGENCY PETITION FOR WRIT OF MANDAMUS INTO THE one supreme Court," and a "WRIT OF PROCEDENDO." Dckt. Nos. 17, 19, 20. The court takes no actions on these filings and will issue no response to future filings by plaintiff in this action that are not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

    So ordered.

Dated: March 5, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE